IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUASHAE BROWN, et al.,** | : | |
| Plaintiffs | : | No. 1:22-cv-00165 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **THE GAP INC., et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 14th day of December 2022, upon consideration of the motions to dismiss filed by Defendants Derry Township (the "Township"), Marygrace Kepple, Dennis Eckenrode, Rian Bell, Rebeca Kessler, and Tom Pavone (the "Township Defendants") (Doc. Nos. 30-31) and Defendant The Gap Inc. (Doc. Nos. 32, 34), and in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. The Township Defendants' motions to dismiss (Doc. Nos. 30-31) are **GRANTED IN PART** insofar as Plaintiffs' respective claims against the Township under Monell v. N.Y.C. Dep't of Soc. Servs., 436 U.S. 658, 690 (1978), are **DISMISSED WITHOUT PREJUDICE**, and the motions are otherwise **DENIED**;

2. The Gap Inc.'s motions to dismiss (Doc. Nos. 32, 34) are **GRANTED** to the extent that Plaintiffs' respective claims asserted against The Gap Inc. are **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiffs may file second amended complaints, within thirty (30) days of the date of this Order, to attempt to address the pleading deficiencies identified in the accompanying Memorandum pertaining to Plaintiffs' Monell claims against the Township Defendants and their claims against The Gap Inc.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
