IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUASHAE BROWN, <u>et</u> <u>al.</u>, | : | |
| **Plaintiffs** | : | No. 1:22-cv-00165 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| MARYGRACE KEPPLE, <u>et</u> <u>al.</u>, | : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, on this 10th day of September 2024, upon consideration of Defendants Mary Grace Kepple, Dennis Eckenrode, Rian Bell, Rebecca Kessler, and Tom Pavone ("Defendants")' motion for summary judgment (Doc. No. 108) as to the remaining claims asserted against them by Plaintiffs Quashae Brown, Quanyea Brown, and Trinity Tiina Arlez Bellamy Reid ("Plaintiffs"), all briefing associated with the motion and all supporting papers, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 108) is **GRANTED in part** and **DENIED in part**, as follows:

    a. Defendants' motion (Doc. No. 108) is **GRANTED** as to Plaintiffs' claim of violation of their Fourteenth Amendment equal protection rights under Count II;

    b. Defendants' motion (Doc. No. 108) is **DENIED** as to Plaintiffs' remaining claims of violations of their Fourth Amendment right to be free from unlawful seizures, arrests, and detentions under Count II and state law claims of false arrest, false imprisonment, assault, and battery under Count IV; and

2.       A status telephone conference shall be held on **October 23rd at 11:30am** to discuss a potential date for trial of this matter.  The telephone number of the Court for purposes of this call is 717-221-3990.  Plaintiffs' counsel shall initiate the telephone call.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
